# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1024. ALFRED EDMONSON v. THE STATE.**

A jury found Alfred Edmonson guilty of false imprisonment and aggravated sodomy, and his convictions were affirmed on appeal. See *Edmonson v. State*, 336 Ga. App. 621 (785 SE2d 563) (2016). Edmonson subsequently filed a "Motion to Vacate Judgement [sic] for Lack of Subject Matter Jurisdiction," arguing that the State failed to prove venue. The trial court denied the motion, and Edmonson filed this appeal.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Because Edmonson is not authorized to collaterally attack his conviction in this manner, his appeal is hereby DISMISSED. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/24/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.